UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DEVIN PERKINS**  CIVIL ACTION

**VERSUS**  NO. 19-10240

**ROBERT TANNER**  SECTION: "S"(1)

**O R D E R**

Before the court are petitioner's Objections to the Report and Recommendation of the United States Magistrate Judge. The court has reviewed the Objections and determined that they merely restate the argument of the original habeas petition, which were thoroughly addressed by the Magistrate Judge in the Report and Recommendation. The Objections are therefore overruled, and accordingly,

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and petitioner's Objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Devin Perkins is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 5th day of June, 2020.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE